

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-10-00265-CR

MELVIN FORREST BERRY, JR.                                     APPELLANT

V.

THE STATE OF TEXAS                                               STATE

------------

FROM THE 297TH DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1]

Appellant Melvin Forrest Berry, Jr. filed a timely notice of appeal challenging his conviction and sentence for the state jail felony of theft, enhanced. The trial court subsequently granted his motion for new trial, to which the State agreed, and then on the same day convicted and sentenced Appellant for the same offense pursuant to a plea bargain, which included express waivers of his prior notice of appeal, any pretrial motions, and any and all rights of

---

[1]*See* Tex. R. App. P. 47.4.

appeal.  The trial court's certification provides that Appellant has no right of appeal.  Appellant has not filed another notice of appeal.

Because the trial court granted Appellant's motion for new trial, making any appeal from the original judgment moot,[2] and because Appellant has not filed a notice of appeal from the new judgment,[3] we dismiss this appeal.

PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  October 14, 2010

---

[2]*See* Tex. R. App. P. 21.9(b); *Waller v. State*, 931 S.W.2d 640, 643–44 (Tex. App.—Dallas 1996, no pet.).

[3]*See* Tex. R. App. P. 25.2(b), 27.1(b); *Franks v. State*, 219 S.W.3d 494, 497 (Tex. App.—Austin 2007, pet. ref'd).

2